**Hammond, Karen K.**

**To:** George Mantis
**Subject:** Survey sites

July 14-15, 2007
RK Shows, Knoxville, TN
RK Gun & Knife Shows

September 8-9, 2007
Mid-Atlantic Arms, Harrisburg, PA
Mid-Atlantic Arms Collectors

September 15-16, 2007
RK Shows, Knoxville, TN
RK Gun & Knife Shows

October 13-14, 2007
Appalachian Promotions, Carlisle, PA
Pennsylvania & Maryland Gun & Knife Show

1

EXHIBIT 1

RB-LS012085
CONFIDENTIAL