## Hammond, Karen K.

**From:** George Mantis [gm@mantisgroup.net]
**Sent:** Saturday, July 21, 2007 11:26 AM
**To:** Hammond, Karen K.
**Attachments:** Verbatim Responses.doc; Questionnaire.doc

Karen,

See attached. Please call me at your convenience on Monday.

Regards,

George Mantis

The Mantis Group, Inc.
2032 North Kenmore Avenue
Chicago, IL 60614

(773) 248-6173
(773) 248-6181 fax

3/4/2008

EXHIBIT

tabbies®

3

RB-LS011763
CONFIDENTIAL

S4. Do you or does any member of your household work for any of the following types of companies? (READ

|  | No | Yes |  |
|---|---|---|---|
| An advertising agency, sales promotion firm, public relations firm or marketing research organization? | 1 | 2 | TERMINATE |
| A manufacturer, distributor or retailer of any footwear? | 1 | 2 | TERMINATE |

| S4. TERMINATE Employment Conflict |
|---|
| 1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25\ |

S5. In the past thirty days, have you participated in a marketing research survey other than a political poll?

Yes........    1    (TERMINATE)    No........    2

| S5. TERMINATE Past Study Participation |
|---|
| 1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25 |

S6. Do you normally wear eye glasses or contact lenses when you shop?

Yes......1    (ASK QUESTION S7)    No.......2    (SKIP TO QUESTIONNAIRE)

S7. Do you have your eye glasses with you or are you wearing your contact lenses now?

Yes.....    1    No......    2    (TERMINATE)

| S7. TERMINATE No Glasses/Contact Lenses |
|---|
| 1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25 |

| QUALIFIED REFUSAL |
|---|
| 1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25 |

GO TO QUESTIONNAIRE

019

    1      Id' say USA. It's a Red Wing.

    2a     Because it's a Red Wing.

    2b     No. I noticed it had Gore Tex on it.

    3      Statement 1

    4a     I believe in supporting the US.

    4b     No.

020

    1      Probably made in Korea, China, Taiwan.

    2a     I just guessed.

    2b     No.

    3      Statement 1

    4a     Well I would buy the US product if they're exactly alike and the same price.

    4b     No.

021

    1      Probably China.

    2a     Everything is made in China.

    2b     No.

    3      Statement 1

    4a     Keep the jobs at home

    4b     No.

022

    1      Probably China, everything else is.

    2a     Everything else is.

    2b     No.

    3      Statement 1

    4a     Well I live in the US.

    4b     No.

023

    1      United States.

RB-LS011768
CONFIDENTIAL

| | |
|---|---|
| 4b | You get better satisfaction here in the United States. |

**523**

| | |
|---|---|
| 1 | Japan. |
| 2a | That's where everything else I've looked at comes from. |
| 2b | No. |
| 3 | Statement 1 |
| 4a | Because it's made in the USA. |
| 4b | No. |

**524**

| | |
|---|---|
| 1 | United States going by the flag. Probably made in China. |
| 2a | Most things are made in China. |
| 2b | No. |
| 3 | Statement 1 |
| 4a | Cause it's made in the United States and I work union. |
| 4b | No, not really. |

**525**

| | |
|---|---|
| 1 | Probably made overseas some place may Mexico. Oh, I see it's made in the United States. It's made by Red Wing which is top notch. I have a pair of Red Wings I've had over 20 years and still haven't worn them out. |
| 2a | Just person experience I've had with Red Wing product. |
| 3 | Statement 1 |
| 4a | Because I buy American when I can. That's my first choice, made in America. I'm willing to pay more. |
| 4b | No. |

**526**

| | |
|---|---|
| 1 | I don't know. |
| 3 | Statement 1 |
| 4a | Keep some jobs here in the country. |
| 4b | No. |

**527**

| | |
|---|---|
| 1 | United States. |
| 2a | Looks pretty well-made. |

**532**

1 I hope America.

2a Just to buy local things.

2b No.

3 Statement 1

4a Just because it's made in the USA.

4b No.

**533**

1 Probably not made in America, nine out of ten times

2a Almost 95 percent of everything is exported now with the American name on it.

2b Anything not made in the United States throws me off. Sometimes you're forced to buy it. Other times you have no choice.

3 Statement 1

4a Because we need the business. They don't need it.

4b To help the American economy.

**534**

1 Don't know.

3 Statement 1

4a That's all I ever buy usually.

4b No.

**535**

1 I wouldn't have an idea. Probably overseas.

2a Most thing you see are made overseas.

2b No.

3 Statement 1

4a Just to keep our work and everything up.

4b That's about it.

**536**

1 Mexico probably.

2a Why not? Economy is pretty rough these days. Everything is about the dollar.

2b No.

3.  Before I ask my next question, I would like you to assume that there are two brands of hunting or work boots available for purchase. Both boot brands are the same in every respect with only one difference. One of the boots is made in the USA and the other is made in another country.

    Shown on this card are four statements. Which <u>one</u> of these statements describes the boot you would purchase? (CIRCLE STATEMENT NUMBER BELOW.)

STATEMENT NUMBER

| | | | |
|---|---|---|---|
| 1 | Statement 1 | "I would purchase the boot made in the USA." | (ASK 4a/4b) |
| 2 | Statement 2 | "I would purchase the boot made in another country." | (ASK 4a/4b) |
| 3 | Statement 3 | "I have no preference and would purchase either boot. | (ASK 4a/4b) |
| 4 | Statement 4 | " I don't know and have no opinion." | (SKIP TO END) |

4a.  Why do you say that? (RECORD VERBATIM. DO NOT PROBE OR CLARIFY.)

_____

_____

_____

_____

_____

4b.  Anything else? (ASK ONLY ONECE. DO NOT PROBE OR CLARIFY.)

_____

_____

_____

_____

I hereby state that the information contained on the screener and questionnaire is an accurate record of this respondent's comments as they were given to me.

INTERVIEWER'S SIGNATURE_____

I hereby state that this interview was conducted.

SUPERVISOR'S SIGNATURE_____

| | |
|---|---|
| 2b | It would be better if it had rubber from the sole up to the laces. |
| 3 | Statement 1 |
| 4a | I guess a little old-fashioned. I believe in supporting our country and not somebody else's. |
| 4b | No. |

**028**

| | |
|---|---|
| 1 | I can't say that I can tell by looking at it. Now I can tell, made in America. Made by Red Wing. Made in America. |
| 2a | At a glace I hadn't read any of the lavels then I saw Red Wing and made in the USA tag. |
| 2b | It looks like a well-made boot. Gore Tex. It's getting better. |
| 3 | Statement 1 |
| 4a | I don't know that. I wouldn't buy a better boot but it doesn't give me that option. Given that I'd buy the boot made in American. |
| 4b | That's good. |

**029**

| | |
|---|---|
| 1 | I don't know. |
| 3 | Statement 3 |
| 4a | Just because ever which one would bet better. |
| 4b | No, that's all. |

**030**

| | |
|---|---|
| 1 | I hope in America since it't got that big American sign right there. |
| 2a | It looks like it's made good. It's light. It's Gore Tex. |
| 2b | That's it. |
| 3 | Statement 1 |
| 4a | As long as it's comfortable. I'd buy either way. But I'd rather buy in the USA. |
| 4b | No. |

**031**

| | |
|---|---|
| 1 | I would hope America. That's important. |
| 2a | I'm tired of seeing everything made in china or anywhere else. |
| 2b | No. |
| 3 | Statement 1 |

Thank you very much.  Now, I need to record your complete name, and telephone number to verify my interview.  We must prove that our research is valid.

NAME OF RESPONDENT_____

TELEPHONE NUMBER(____)_____.

And may I ask you to sign this sheet to indicate that you participated in the interview?

RESPONDENT'S SIGNATURE_____

VERSION 1
No Change to Tag

001
1    China.

2a    Because everything is made in China.

2b    No.

3    Statement 1

4a    Because I'm affected by all the import/export goods and I'm frustrated with it. I buy American when I can.

4b    No, that's all.

002
1    I hope it would be made in America.

2a    I'm a true full-blooded American

2b    No.

3    Statement 1

4a    It's the only country to be in and the safest.

4b    No.

003
1    I guess the US right off the top of my head.

2a    Cause really I guess, it's just the impression I get.

2b    No.

3    Statement 1

4a    Just because it's made in the United States.

4b    No.

004
1    Ireland.

2a    It says Irish Setter.

2b    No.

3    Statement 1

4a    Well patriotism I guess.

4b    Other that that, I feel that products made in the United Sates are better quality.

RB-LS011764
CONFIDENTIAL

**505**

1    America.

2a    Because of the ticket.

2b    No.

3    Statement 1

4a    Just because the money will be going to the United States.

4b    No.

**506**

1    Hard to tell now-a-days.  I would hope the United States.

2a    Well I wore Red Wings for years and they were made in the United States.

2b    I just know Red Wings are good.

3    Statement 1

4a    Because I'm an American.

4b    No.

**507**

1    Probably someplace overseas.  Nice boot.

2a    Looks nice, the way it's built.

2b    They're light weight.

3    Statement 1

4a    If it's made in the United States and looks that good, that's where I would buy it.

4b    No.

**508**

1    I hope it's made in the USA.

2a    Because we need more work to stay here instead of shipping it overseas.

2b    No.

3    Statement 1

4a    Like I said before.  Keep our mony here and keep our people employed.

4b    No.

**509**

1a    Most of them are made overseas.

2a    That's what I've found when shopping.

RB-LS011774
CONFIDENTIAL

QUESTIONNAIRE

**IF RESPONDENT SAID HE/SHE WEARS GLASSES WHEN SHOPPING SAY:**

Also, if you usually wear your glasses when shopping, please put them on now.

**IF RESPONDENT DOES NOT HAVE HIS/HER GLASSES, THANK AND TERMINATE**

INTRODUCTION:   In a moment I'm going to show you a page from a shoe company catalog and then ask you some questions.  For each of my questions, if you don't know or don't have an answer, please don't guess.  Just tell me you don't know or don't have an answer and we'll go on to the next question.

(HAND RESPONDENT **CATALOG PAGE**)

Please look at this as you would if you were thinking about buying shoes from this company. Take as long as you like and let me know when you are done.

1.     Where do you think shoes from this company are made?  (RECORD VERBATIM.  DO NOT PROBE OR CLARIFY.)

_____

_____

_____

_____

_____

_____

_____

**(IF DON'T KNOW, SKIP TO QUESTION 3)**

2a.     Why do you say that?  (ASK ONLY ONCE.  RECORD VERBATIM.  DO NOT PROBE OR CLARIFY.)

_____

_____

_____

_____

2b.     Anything else?  (ASK ONLY ONCE.  DO NOT PROBE OR CLARIFY.)

_____

_____

_____

(TAKE BACK CATALOG PAGE)

| | | |
|---|---|---|
| 2b | It's got our flag on it. |
| 3 | Statement 1 |
| 4a | It would be better. |
| 4b | No. |

**528**

| | | |
|---|---|---|
| 1 | I don't know. |
| 3 | Statement 4 |

**529**

| | | |
|---|---|---|
| 1 | I don't know. USA I guess. |
| 2a | It's got the American flag sticker here. |
| 2b | Feel like a real lightweight boot. Looks like it has Gore Tex material and it would be water proof. |
| 3 | Statement 1 |
| 4a | Because I believe in America. |
| 4b | That's it. |

**530**

| | | |
|---|---|---|
| 1 | Probably in Japan, that's where everything else is made. |
| 2a | Because everything you buy is made in Japan. |
| 2b | No. |
| 3 | Statement 1 |
| 4a | I live here mostly. |
| 4b | No. |

**531**

| | | |
|---|---|---|
| 1 | It says it's made in the USA. I guess they're right. Looks like a pretty good boot. |
| 2a | Looks like they're well-made boots. |
| 2b | I don't guess. |
| 3 | Statement 1 |
| 4a | There's better workmanship in the boots made in the US. |
| 4b | No. |

| | | |
|---|---|---|
| | 2a | It's a Red Wing. |
| | 2b | No. |
| | 3 | Statement 1 |
| | 4a | I support manufacturing in the US. |
| | 4b | No. |
| 024 | | |
| | 1 | In China. |
| | 2a | Well most of the stuff is made in China. |
| | 2b | No. |
| | 3 | Statement 1 |
| | 4a | Well just keep the economy going. |
| | 4b | No, I just don't cater to other countries. |
| 025 | | |
| | 1 | Red Wing Indiana I think. |
| | 2a | Because I used to work on a riverboat and I passed the factory. |
| | 2b | That's about it. |
| | 3 | Statement 1 |
| | 4a | Try to keep as much business in the United Sates as possible. We got too much going out of the country already. |
| | 4b | That's about it. |
| 026 | | |
| | 1 | I imagine here, it says right here. |
| | 2a | It's says on the tag. |
| | 2b | No. |
| | 3 | Statement 1 |
| | 4a | Wee need to take care of our own country, not somebody else. |
| | 4b | No. |
| 027 | | |
| | 1 | Red Wing? I'd probably say US. |
| | 2a | Company name by Red Wing. |

**RB-LS011769**
**CONFIDENTIAL**

3      Statement 1

4a     I'm a firm believer in the USA.  101 percent even though I'm from Hawaii and I think different than most people.

4b     That's it.

537

1      It's made in the States I guess it says.

2a     Because the tag says that.

2b     I guess not.

3      Statement 1

4a     I'm an America.  I live in America.  I work in America.  All my kids and grandkids live and work in America.

4b     I guess that will to it.

RB-LS011781
CONFIDENTIAL

Thank you very much.  Now, I need to record your complete name, and telephone number to verify my interview.  We must prove that our research is valid.

NAME OF RESPONDENT_____

TELEPHONE NUMBER(____)_____.

And may I ask you to sign this sheet to indicate that you participated in the interview?

RESPONDENT'S SIGNATURE_____

| | | |
|---|---|---|
| | 4a | We need more companies able to be competitive in the United States and people purchasing products made in the United States. |
| | 4b | I don't think so. |
| **032** | | |
| | 1 | I'm going to guess China. |
| | 2a | Doesn't have vibron soles. It appears to be a lesser material than I would purchase. I would want vibron soles for sure. |
| | 2b | The sole appears to be glued on. I see some glue around the edges. Boy is it light. I like that. I like the tread. I like the toe cover. |
| | 3 | Statement 1 |
| | 4a | I buy American. It's called loyalty I think. |
| | 4b | No. |
| **033** | | |
| | 1 | Well it's made in the United States if they didn't lie. |
| | 2a | Because the tag says that. |
| | 2b | No. |
| | 3 | Statement 1 |
| | 4a | It definitely comes closer to supporting someone in the US. |
| | 4b | It's lightweight. Gore Tex. I didn't see any holes or tears so it ought to keep my feet from getting wet. |
| **034** | | |
| | 1 | I have no idea. Made in America. It's Red Wing. |
| | 2a | I read it off the tag and I knew Red Wing is made in America. |
| | 2b | No. |
| | 3 | Statement 1 |
| | 4a | Because I'm a redneck I guess. So many things are made in China and so many jobs are going over there. |
| | 4b | No. |
| **035** | | |
| | 1 | Don't know. USA finally. |
| | 2a | I saw it on the label. |
| | 2b | No. |
| | 3 | Statement 1 |

QUESTIONNAIRE

**IF RESPONDENT SAID HE/SHE WEARS GLASSES WHEN SHOPPING SAY:**

Also, if you usually wear your glasses when shopping, please put them on now.

**IF RESPONDENT DOES NOT HAVE HIS/HER GLASSES, THANK AND TERMINATE**

INTRODUCTION:    In a moment I'm going to show you a product and then ask you some questions.  For each of my questions, if you don't know or don't have an answer, please don't guess.  Just tell me you don't know or don't have an answer and we'll go on to the next question.

(SHOW **PRODUCT B**)

Please look at this product as you would if you were thinking about buying it.  Take as long as you like and let me know when you are done.

1.    Where do you think this product is made?  (RECORD VERBATIM.  DO NOT PROBE OR CLARIFY.)

_____

_____

_____

_____

_____

_____

_____

**(IF DON'T KNOW, SKIP TO QUESTION 3)**

2a.    Why do you say that? (ASK ONLY ONCE.  RECORD VERBATIM.  DO NOT PROBE OR CLARIFY.)

_____

_____

_____

_____

2b.    Anything else? (ASK ONLY ONCE.  DO NOT PROBE OR CLARIFY.)

_____

_____

_____

(REMOVE **PRODUCT B**)

**005**

| | |
|---|---|
| 1 | Probably China. It's made in USA though. |
| 2a | Cause just about everything simply is made in China. |
| 2b | no. |
| 3 | Statement 1 |
| 4a | Because I believe in keeping it at home. |
| 4b | No. |

**006**

| | |
|---|---|
| 1 | I hope in the United States. |
| 2a | Because I hope everything is made in the United Sates for the sake of the poor people trying to get by. |
| 2b | No. |
| 3 | Statement 1 |
| 4a | Because I'm whole American and I want everything to be made American. |
| 4b | No. |

**007**

| | |
|---|---|
| 1 | Probably in America. |
| 2a | Looks like American materials. |
| 2b | That's it. |
| 3 | Statement 1 |
| 4a | Because I'm an American and I want American-made products. |
| 4b | That's it. |

**008**

| | |
|---|---|
| 1 | USA. |
| 2a | It's on the tag. |
| 2b | No. |
| 3 | Statement 1 |
| 4a | Better quality. |
| 4b | No. |

**009**

| | |
|---|---|
| 1 | I have no idea. |

| | | |
|---|---|---|
| | 2b | I guess not. |
| | 3 | Statement 1 |
| | 4a | All things being equal, I'd rather get one made here. |
| | 4b | I guess not. |
| **510** | | |
| | 1 | I don't know. |
| | 3 | Statement 1 |
| | 4a | I just would if they are made in the United States. I would just buy it. |
| | 4b | No. |
| **511** | | |
| | 1 | I didn't even look to see. I think I says something about USA. |
| | 2a | Because of the tag. Saw it on the tag. |
| | 2b | No. |
| | 3 | Statement 1 |
| | 4a | Just to support our own market. It's hard to find anything made in the US anymore. |
| | 4b | No. |
| **512** | | |
| | 1 | Based on your flag, it ought to be made in the USA, but I wouldn't bet on it in this day and age. |
| | 2b | American flag on it. |
| | 3 | Statement 3 |
| | 4a | I buy shoes based on comfort. |
| | 4b | I wear boots 12 months a year, 6-7 days a week. They have to be comfortable. |
| **513** | | |
| | 1 | China. |
| | 2a | Cause I thought that only one or two shoe makers in America any more and that's be my guess. |
| | 2b | No. |
| | 3 | Statement 1 |
| | 4a | Made in the USA. |

RB-LS011775
CONFIDENTIAL

## QUESTIONNAIRE

**IF RESPONDENT SAID HE/SHE WEARS GLASSES WHEN SHOPPING SAY:**

Also, if you usually wear your glasses when shopping, please put them on now.

**IF RESPONDENT DOES NOT HAVE HIS/HER GLASSES, THANK AND TERMINATE**

INTRODUCTION:    In a moment I'm going to show you a product and then ask you some questions. For each of my questions, if you don't know or don't have an answer, please don't guess. Just tell me you don't know or don't have an answer and we'll go on to the next question.

(SHOW **PRODUCT A**)

Please look at this product as you would if you were thinking about buying it.  Take as long as you like and let me know when you are done.

1.      Where do you think this product is made? (RECORD VERBATIM.  DO NOT PROBE OR CLARIFY.)

_____

_____

_____

_____

_____

_____

_____

**(IF DON'T KNOW, SKIP TO QUESTION 3)**

2a.     Why do you say that? (ASK ONLY ONCE.  RECORD VERBATIM.  DO NOT PROBE OR CLARIFY.)

_____

_____

_____

_____

_____

2b.     Anything else? (ASK ONLY ONCE.  DO NOT PROBE OR CLARIFY.)

_____

_____

_____

(REMOVE **PRODUCT A**)

| | | |
|---|---|---|
| 4a | We need all the help we can get. Everything is going overseas. |
| 4b | No. |
| **036** | | |
| 1 | More than likely everything seems to be made in China. |
| 2a | Because everything is made in China. |
| 2b | No. |
| 3 | Statement 1 |
| 4a | Because it's made in the US. |
| 4b | No. |
| **037** | | |
| 1 | Here, US. |
| 2a | I know something about Irish Setter and it's US made and the Red Wing company is a US company. |
| 2b | No. |
| 3 | Statement 1 |
| 4a | Its' just I try to buy US product if I can. |
| 4b | No. |
| **038** | | |
| 1 | USA. |
| 2a | It says it on the tag. |
| 2b | No. |
| 3 | Statement 1 |
| 4a | I like the way they make things around here. |
| 4b | No. |